UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:25-cr-00283-RWS |
| | ) |
| | ) |
| DAMEON CHRISTIAN, | ) |
| | ) |
| Defendant. | ) |

**<u>DEFENDANT'S SENTENCING MEMORANDUM AND REQUEST FOR A DOWNWARD VARIANCE</u>**

**I.  Dameon has always been an intelligent and enterprising person, but has been setback by the trauma and abuse he has faced most of his life**

Dameon has always been intelligent and a good student, as well as a hard worker. He was class president in high school and graduated from East St. Louis High school in 2001, as well as an Eagle Scout for most of his childhood. He attended both St. Louis Community College in Forest Park as well as SLU. He started his own business, the Flower Dr., over 13 years ago. He is clearly a beloved member of his community in East St. Louis. He has tremendous family and community support through his church, Prince of Peace, where he serves on the volunteer committee. He volunteers at Wyvetta Young School in East St. Louis and has been known to donate funeral floral arrangements for community members who do not have the financial means to pay. However, Dameon has struggled for almost his entire life with unspoken trauma that has slowly driven his mental health into the ground.

Dameon was brought up in a strict religious household, and his family did not react well when he came out as gay. His entire family has "always been big into church" and was not accepting of his sexuality. After coming out, Dameon's mother "tried to whoop the gay out of him" and became physically abusive. Dameon believes that she was worried about what he

would face coming out as gay.  Dameon was bullied at school and taken advantage of on the streets.  Once he was out, kids would taunt him on the school bus, hit him "upside his head and throw spit balls at him."

The presentence report details Dameon's extensive history of sexual abuse.  Because of his family's extremely negative reaction to him coming out as gay, Dameon was afraid to tell anyone about the sexual abuse he endured as a child.  Dameon first told his mother that he had been abused when he was 21 years old.  When he finally did confide in family about his history of assault, he received no support or guidance in reporting any of this to law enforcement.  It complicated matters further that one of his alleged abusers is a family member still in contact with Dameon's extended family.  Dameon had to suffer the trauma of what had happened to him alone and is still struggling how to process all of this now as an adult.

II.     **Dameon has struggled with his mental health for decades, but his self-medication and abuse of substances, combined with his already present mental illness, led to a psychotic break**

Dameon's mental health has been impacted from early childhood due to his past history of trauma.  However, Dameon was first hospitalized for behavioral health in 2001 at the age of 18.  In his twenties, Dameon was diagnosed with major depressive disorder "characterized by low mood, feelings of worthless, anxiety, and suicidal ideation."

Dameon's already faltering mental health took a sharp turn for the worse in 2022.  He was hospitalized several times from 2022 to the current case.  He was hospitalized multiple times for insomnia, anxiety, depression, auditory hallucinations, and extreme paranoia, and hospitalized twice after attempting suicide via overdose.  In March of 2022, Dameon was committed to psychiatric care in Belleville Memorial Hospital on an involuntary hold from his mother due to concern that he was trying to commit suicide.  This followed a drug overdose that Dameon admitted was a suicide attempt.

On one occasion, Dameon was admitted to Belleville Memorial Hospital because he could not breathe.  Dameon was suicidal and required a sitter at his bed at all times.  He reported having hallucinations, "seeing things that are not really there- people and things moving when they're really not when I get closer to them."  On another occasion in 2022 when Dameon was living with his mother, his mother was concerned about Dameon's paranoid behavior, "naming

people who weren't there," so she locked him in his room overnight.  The next day, Dameon left the house because he "felt like the people there were harmful to him." His godmother had to drive him home to ensure that everything was ok, but not before driving around the block 2-3 times to let him know no one was trying to follow him.

> Per interview with patient's family, patient noted to be very hyperactive and paranoid at a social gathering on Sunday stating, "I did it again. I messed up." Monday, more of the same with addition of hallucinations, cold sweat, appearing very "wired", anxious and paranoid.  Today, he called a family friend reporting he couldn't breath then called that individual again about 20 minutes later with just gasping respirations noted, nonverbal. When family presented to residence, patient able to crawl to the door to allow them to gain entry. During this time he was not verbalizing then "passed out".

*Excerpt from Dameon's medical records at Belleville Memorial Hospital,  March 29, 2022*

In 2024, Dameon was admitted to the psychiatric unit at SLU Hospital after reporting that he was hearing voices telling him to kill himself and "felt like someone is after me."  Records from SLU Hospital describe Dameon as "visually distressed and rocking back and forth, intermittently tearful, and suddenly stopped conversation to start praying… saying "I rebuke you Satan, please God keep your soldiers around me. "He stated that he felt that "somebody is watching him" and that he had been suicidal.  During this admission, Dameon was also treated for alcohol withdrawal at this admission. He was discharged with diagnosis of major depressive disorder and PTSD, along with alcohol use disorder.

Dameon was diagnosed with stimulant-induced psychotic disorder at Touchette Hospital. Dameon was extremely paranoid when he was admitted to the emergency department there. Notes in his file indicate that at one point, a nurse saw Dameon looking out the hospital window stating, "the red light outside is a monitoring device and he is under surveillance and there are people watching him outside."  He was described as anxious, apprehensive, frightened, and uneasy.  There, he was diagnosed with depression, anxiety, and altered mental state, all made worse by amphetamine and methamphetamine use, as well as alcohol abuse.  Touchette Hospital tried to discharge Dameon directly from the hospital to an inpatient substance abuse treatment program; however, they were unsuccessful in finding a treatment program with availability before he was discharged.  To this day, Dameon has never participated in any kind of substance abuse treatment.

Dameon had to be hospitalized shortly after he was incarcerated after he was found unconscious in his jail cell.  He reported that he had been "hearing different voices in his head

and having flash backs of his childhood trauma." Dameon has also struggled with serious physical health concerns over the years. He has been hepatitis C and HIV positive for 19 years. He also had gastric sleeve surgery years ago that led to recent complications requiring a feeding tube. These physical ailments have compounded some of his mental health issues, especially his depression and feelings of hopelessness.

### III.   Dameon suffered a series of tragedies in 2025 that, combined with his substance abuse and mental health issues, led to a psychotic break

Dameon suffered a series of tragedies in spring of 2025. First, he lost his grandmother Erma Montgomery. Then only a couple of weeks later, Dameon's close friend Eric Glover passed away. Glover had helped Dameon come out as gay, and helped him when he was struggling, including assisting him with housing and food until he could get on his feet. Dameon coped with his distress by self-medicating with alcohol and methamphetamine, making matters worse. He became fixated on law enforcement pursuing his previous allegations of sexual abuse, and rightly or not, felt that they were not taking him seriously due to his race and sexual orientation. Dameon lived a life free from the criminal justice system for 42 years of his life, but this perfect storm of mental illness, tragic circumstances, and self-medicating with substances caused him to breakdown.

### IV.   Conclusion

Dameon takes full responsibility for his actions in this case. As someone who has never been through the criminal justice system before, the last nine months of incarceration have already had a tremendous impact on Dameon. He has experienced a lengthy period of sobriety and is anxious to pursue both mental health treatment and substance abuse treatment in the community. His strong support network will ensure his success.

WHEREFORE, Dameon Christian asks the court to consider a downward variance and sentence him to time served.

Respectfully submitted,

/s/Julie R. Clark
JULIE R. CLARK
Assistant Federal Public Defender
1010 Market Street, Suite 200
St. Louis, Missouri 63101
Telephone: (314) 241-1255
Fax: (314) 421-3177
E-mail: Julie_Clark@fd.org

ATTORNEY FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2026, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon Colleen Lang, Assistant United States Attorney.

/s/Julie R. Clark
JULIE R. CLARK
Assistant Federal Public Defender